FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

```
SOUTHERN DISTRICT OF MISSISSIPPI
        F I L E D

      JUN 13 2024

      ARTHUR JOHNSTON
BY_____ DEPUTY
```

Dickerson          232596
(Last Name)     (Identification Number)

Justin          Dewayne
(First Name)       (Middle Name)

Wilkinson County Correctional Facility
(Institution)

Post office box 1889 Woodville, MS 39669
(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.                    CIVIL ACTION NUMBER: 3:24cv346-DPJ-ASH
                                          (to be completed by the Court)

Mang. and Training Corp.

Warden Jennifer Beet Brown

Mississippi Department of Corrections

Commissioner Burl Cain
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes ( X )      No (   )

B.   Are you presently incarcerated?
     Yes ( X )      No (   )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
     you had been convicted of a crime?
     Yes ( X )      No (   )

D.   Are you presently incarcerated for a parole or probation violation?
     Yes (   )      No ( X )

E.   At the time of the incident complained of in this complaint, were you an inmate of the
     Mississippi Department of Corrections (MDOC)?
     Yes ( X )      No (   )

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( X )      No (   )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: _Justin Dewayne Dickerson_ Prisoner Number: _232596_

Address: _Wilkinson County Correctional facility_

_Post office box 1889_

_Jackson, MS 39201_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _Jennifer Brown_ is employed as _Warden_

at _East Mississippi Correctional Facility_

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:
_Justin Dewayne Dickerson_

ADDRESS:
_Wilkinson County Correctional Facility_
_post office box_

DEFENDANT(S):

NAME:
_mang. & Training Corp_
_Warden Jennifer Brown_
_Mississippi. Department of Corrections_
_Commissioner Burl cain_

ADDRESS:

_10641 Hwy 80 west Meridian, MS 39307_
_301 north Lamar Street, Suite 301_
_Jackson, MS 39_

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A.      Have you ever filed any lawsuits in a court of the United States?    Yes (    )  No ( x )

B.      If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
        1.      Parties to the action:_____

        _____

        2.      Court (if federal court, name the district; if state court, name the county):_____

        _____

        3.      Docket Number:_____

        4.      Name of judge to whom case was assigned:_____

        5.      Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

        _____

CASE NUMBER 2.
        1.      Parties to the action:_____

        _____

        2.      Court (if federal court, name the district; if state court, name the county):_____

        _____

        3.      Docket Number:_____

        4.      Name of judge to whom case was assigned:_____

        5.      Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

        _____

Page 3 of 4

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I informed Warden Doe J, Brown about J. Chaney & T. Chaney Saying i was not allowed to be housed On Housing unit 3 Psych unit after i put in a Request to be housed on unit 3 Thru Psych Doctor np Hopson

T. Chaney and J. Chaney never gave a reason as to why i was refus

## RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

To Be moved to Central Mississippi Correctional Facility or back to East Mississippi Correctional Facility

Signed this 10 day of June, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Justin Prescel_
Signature of plaintiff

Page 4 of 4